IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>JOSE RODRIGUEZ ROSA<br>CARMEN ALVARADO TORRES<br>DEBTOR<br>ss. # 5821<br>ss. # 7557 | CASE NO. 05-04680 (ESL)<br><br>CHAPTER 7 |

**MOTION SUBMITTING AMENDED PETITION, AMENDED
SCHEDULES B AND AMENDED STATEMENT OF FINANCIAL
AFFAIRS PURSUANT TO US TRUSTEE REQUEST AT 341 MEETING**

**TO THE HONORABLE COURT:**

COMES NOW, Debtors herein through their undersigned attorney, and very respectfully state and pray:

1. On May 23, 2005, Debtors herein filed their petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. On June 21, 2005 the Meeting of Creditors was held and the same was continued to July 12, 2005. On this meeting the US Trustee requested to the Debtor that various amendments be made to the Petition, Schedule B and Statement of Financial Affairs.

3. As per this request, Debtors hereby submit the Amended Petition, Amended Schedule B and the Amended Statement of Financial Affairs.

**WHEREFORE**, Debtor herein respectfully requests this Honorable Court to take notice of the above stated.

**I HEREBY CERTIFY** that on July 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following: the **U.S. Trustee**. and that I notified by regular mail to all creditors and parties in interest, as per the master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of July, 2005.

                                **C. CONDE & ASSOC.**
                                **254 CALLE DE SAN JOSE**
                                **SUITE 5**
                                **SAN JUAN, PR 00901-1523**
                                **TEL. 787-729-2900; FAX. 787-729-2203**
                                **Email: condecarmen@microjuris.com**

                                **S/LUISA S. VALLE CASTRO ESQ.**
                                **U.S.D.C. NO. 215611**