# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 05-04680  ESL  Judge: ENRIQUE S. LAMOUTTE | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | RODRIGUEZ ROSA, JOSE ALBERTO | Date Filed (f) or Converted (c): | 05/20/05 (f) |
|  | ALVARADO TORRES, CARMEN LOURDES | 341(a) Meeting Date: | 06/21/05 |
| For Period Ending: | 09/30/06 | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE<br>Estancias de Tortugeros/ Lot No. 25105. Solar marcado con el numero 6 del Bloque P de la Urb. Estancias de Tortugero, Bo. Algarrobo Vega Baja. | 200,000.00 | 0.00 |  | 0.00 | 0.00 |
| 2. CASH<br>Cash | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. FINANCIAL ACCOUNTS<br>Doral Bank | 685.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS<br>Furnishing 3bedroom set, Lininb room set, Dining room set. | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. WEARING APPAREL<br>Wearing apparel | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. VEHICLES<br>1999 Dodge RAM (surrendered). | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. MACHINERY AND SUPPLIES<br>1995 Loader W. 500 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. ACCOUNTS RECEIVABLE<br>A/R Agregados de HOrmigon d/b/a, Against Sigfredo Velez Garcia. | Unknown | 49,500.00 |  | 0.00 | 0.00 |

LFORM1

Ver: 11.70a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 05-04680 ESL Judge: ENRIQUE S. LAMOUTTE | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | RODRIGUEZ ROSA, JOSE ALBERTO | Date Filed (f) or Converted (c): | 05/20/05 (f) |
| | ALVARADO TORRES, CARMEN LOURDES | 341(a) Meeting Date: | 06/21/05 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $ 209,185.00 | $ 49,500.00 | | $ 0.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Administration of Cases. Collection of A/R November 20, 2006, 10:29 am

Initial Projected Date of Final Report (TFR): / /   Current Projected Date of Final Report (TFR): / /

/s/   NOREEN WISCOVITCH-RENTAS
_____ Date: 12/29/06
    NOREEN WISCOVITCH-RENTAS

LFORM1

Ver: 11.70a